UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cr-00002

**United States of America**

v.

**Erikbertha Grace Ortega**

# ORDER

This criminal action was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b)(3). Judge Mitchell held a final revocation hearing on May 16, 2023, and issued a report and recommendation as to the disposition of this matter. Doc. 16. Defendant waived her right to object to the report, agreed to the revocation of her supervised release, agreed to the sentence below, and waived her right to be present for sentencing. Docs. 14 and 15.

The court hereby accepts the report and recommendation of the United States Magistrate Judge. Defendant's supervised release is revoked, and the court orders that defendant Erikbertha Grace Ortega be sentenced to imprisonment for 8 months with no further supervised release.

*So ordered by the court on May 19, 2023.*

J. CAMPBELL BARKER
United States District Judge